**Order entered July 24, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00667-CV

### TEJAS MOTEL, L.L.C., Appellant

### V.

### CITY OF MESQUITE, ACTING BY AND THROUGH ITS BOARD OF ADJUSTMENT, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-16933**

## ORDER

Before the Court is appellee's July 23, 2019 unopposed motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **August 12, 2019**.

/s/     KEN MOLBERG
        JUSTICE